**Tanya G Island**

**11107 Cremona Ct**

**Richmond, TX 77406**

**Pro Se**

United States Courts
Southern District of Texas
FILED

JUN 02 2025

Nathan Ochsner, Clerk of Court

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF TEXAS**

Houston Division

**In re:**
**Jason Island**
**Debtor**

**Case No. 24-33324**

**Chapter 7**

### OBJECTION TO NOTICE OF PROPOSED ABANDONMENT

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Tanya G Island, a party in interest, and hereby files this **Objection to the Notice of Proposed Abandonment**, and respectfully shows:

1. **Lack of Specificity:** The Notice of Proposed Abandonment filed on 5/23/2025 fails to identify or describe the property proposed for abandonment, which deprives interested parties of the opportunity to meaningfully evaluate or object.

2. **Potential Equity Misrepresentation:** I am the ex-spouse of the debtor, and based on prior knowledge and divorce proceedings, I believe the debtor may not have fully or accurately disclosed the equity in certain marital property subject to division or joint interest.

3. **Lack of Proper Disclosure of Trustee Information:** The Notice of Proposed Abandonment fails to identify the name or contact information of the appointed trustee in this case. This omission impairs the ability of interested parties, including myself, to properly serve the required parties and seek clarification regarding the abandonment. Full and transparent disclosure of the trustee's identity is essential to ensure proper notice and procedural fairness. I respectfully request that the Court require the debtor or party submitting the notice to file an amended notice that identifies the trustee, and to extend the objection period accordingly for review.

4. **Request for Hearing and Further Disclosure:** I respectfully request that the Court **deny the abandonment** or at minimum **schedule a hearing** and order full disclosure of the property proposed to be abandoned and its current valuation.

WHEREFORE, PREMISES CONSIDERED, Tanya G Island, respectfully requests that this Court:

- Deny or delay the abandonment until the property is properly disclosed;
- Order the debtor and/or trustee to clarify the identity and value of the property;
- Identify the name or contact information of the appointed trustee in this case;
- Grant such other and further relief as is just and proper.

**Respectfully submitted,**
Tanya G Island

*[signature]*

Date: 5/29/2025

I hereby certify that a true and correct copy of the foregoing Objection was served on 5/30/2025, via first-class mail, to the following:

Jason Island, Debtor

110007 Cremona Ct

Richmond, TX 77406

U.S. Bankruptcy Court

Southern District of Texas

Clerk of the Court: Nathan Ochsner

P.O. Box 61010
Houston, TX 77208

The trustee is not identified in the Notice of Proposed Abandonment dated May 23, 2025 and could not be located as of the filing of this objection. Upon disclosure, I will promptly serve a copy of this objection.

*Tanya G Island*
Tanya G Island